LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136367)
RAMONA K. TUMBER (State Bar No. 244008)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US., and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No. CV 07-6130 EMC<br><br>**CERTIFICATION OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT** |

LINDA RICH, certifies and declares as follows:

I am over the age of 18 years and not a party to this action.

My business address is 100 Spear Street, Suite 600, San Francisco, California 94105, which is located in the city and county where the mailing described below took place.

On December 5, 2007, I deposited in the United States mail at San Francisco, California, a copy of the Notice to Adverse Party of Removal to Federal Court dated December 5, 2007, a copy of which is attached to this Certificate.

///

///

///

///

1   I declare under penalty of perjury under the laws of the State of California and the United
2   States of America, that the foregoing is true and correct.
3   Executed on December 5, 2007.

*Linda L. Rich*
LINDA L. RICH

Shel\Goos\Pldg\Removal\Cert of removal.doc

CERTIFICATION OF SERVICE OF NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT

LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136367)
RAMONA K. TUMBER (State Bar No. 244008)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

FILED
DEC 0 4 2007
K. TORRE CLERK OF THE COURT
SUPERIOR COURT OF THE STATE OF CALIFORNIA
COUNTY OF CONTRA COSTA
By_____, Deputy Clerk

D. WEBER

SUPERIOR COURT OF CALIFORNIA

IN AND FOR THE COUNTY OF CONTRA COSTA

(UNLIMITED JURISDICTION)

| | |
|---|---|
| CAROL A. GOOS,<br><br>Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US., and Does 1-50, inclusive,<br><br>Defendants. | Case No. C07-02274<br><br>Assigned to Dept. 30<br><br>**NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT**<br><br>Complaint filed October 22, 2007 |

TO PLAINTIFF AND HER ATTORNEYS OF RECORD;

PLEASE TAKE NOTICE that a Notice of Removal of this action was filed with the United States District Court for the Northern District of California on December 4, 2007.

A copy of said Notice of Removal is attached to this Notice and is served and filed herewith.

Dated: December 4, 2007

LAFAYETTE & KUMAGAI LLP

_____
RAMONA K. TUMBER
Attorneys for Defendant
EQUILON ENTERPRISES LLC
(DBA SHELL OIL PRODUCTS US)

1

NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT