LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136367)
RAMONA K. TUMBER (State Bar No. 244008)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US., and Does 1-50, inclusive,<br><br>Defendants. | Case No. CV 07-6130 EMC<br><br>**PROOF OF SERVICE** |

I declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 100 Spear Street, Suite 600, San Francisco, California, 94105

On December 5, 2007, I served the document named below on the parties in this action as follows:

- ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES

- NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL

- U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT

- WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO

PROOF OF SERVICE

1

1    \_\_\_\_ (BY MAIL) I caused each and such envelope, with postage thereon fully prepaid, to be placed in the United States mail at San Francisco, California. I am readily familiar with the practice for the collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

\_\_\_\_ (BY PERSONAL SERVICE) I personally served each document listed above on the addressee(s) noted below.

\_\_\_\_ (BY FACSIMILE) I caused to be sent via facsimile at the facsimile number listed below, a copy of each document to the addressee(s) noted below

  X   (BY OVERNIGHT MAIL) I caused to be delivered to an overnight courier service each such envelope to the addressee noted below.

Randal M. Barnum
Law Offices of Randal M. Barnum
279 East H Street
Benicia, CA 94510
Phone: (707) 745-3747
Fax No.: (707) 745-4580

*Attorney for Plaintiff*

     I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on   December 5, 2007  , at San Francisco, California.

*[signature: Linda L. Rich]*
LINDA L. RICH

Shel\Goos\Pldg\Removal\Cert of removal.doc

PROOF OF SERVICE

2