United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CAROL A. GOOS,

    Plaintiff,

v.

SHELL OIL CO.

    Defendant.
_____/

Case No. C07-06130 EMC _____

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: February 25, 2008

Signature Randal M. Barnum

Counsel for Plaintiff, Carol A. Goos
(Name of party or indicate "pro se")

PROOF OF SERVICE BY MAIL

I declare that:

I am employed in Solano County, California. I am over the age of eighteen years and not a party to the above entitled cause; my business address is 279 East H Street, Benicia, California 94510. On February 25, 2008 I served the following:

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

on the interested parties in said cause, by placing a copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, and mailed in accordance with ordinary business practices, or by facsimile or personal service, as follows:

**FIRST CLASS MAIL**
Ramona K. Tumber
Lafayette & Kumagai LLP
100 Spear Street, Suite 600
San Francisco, CA 94105

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed on February 25, 2008 at Benicia, California.

*/s/ Kathy J. McNichols*
KATHY J. McNICHOLS