LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136367)
RAMONA K. TUMBER (State Bar No. 244008)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)


RANDAL M. BARNUM (State Bar No. 111287)
Law Offices of Randal M. Barnum
278 East H Street
Benicia, California 94510
Tel: (707) 745-3747
Fax: (707) 745-4580

Attorney for Plaintiff
CAROL A. GOOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US, and Does 1-50, inclusive,<br><br>Defendants. | Case No. C 07-06130 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

Plaintiff Carol A. Goos ("plaintiff") and Equilon Enterprises, LLC ("defendant") (collectively referred to as the "parties") hereby agree and stipulate as follows:

WHEREAS on March 4, 2008, the Court scheduled the initial Case Management Conference ("CMC") for March 14, 2008;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE (Case No. C 07-06130 CRB)

1  WHEREAS, a joint CMC statement is due not less than ten (10) days in advance of the
2  CMC;
3  WHEREAS the parties wish to reschedule the CMC and extend the present deadline to
4  file a joint CMC statement;
5  NOW THEREFORE, the parties stipulate as follows:
6  The CMC is rescheduled to Friday, April 11, 2008, at 8:30 a.m., or the Court's earliest
7  convenience after that date; and
8  The time within which to file a joint case management conference statement is extended
9  to ten (10) days in advance of the rescheduled CMC.

10
11  DATED: March 5, 2008                          LAFAYETTE & KUMAGAI LLP
12                                                /s/ Ramona K. Tumber
13                                                RAMONA K. TUMBER
                                                  Attorneys for Defendant
14                                                EQUILON ENTERPRISES LLC (DBA SHELL
                                                  OIL PRODUCTS US)
15
16  DATED: March 5, 2008
                                                  RANDAL M. BARNUM
17                                                Attorney for Plaintiff
                                                  CAROL A. GOOS
18
19
                                  [PROPOSED] ORDER
20
21  Pursuant to the Stipulation above, the case management conference in the captioned
22  matter is rescheduled to Friday, April 11, 2008, at 8:30 a.m.; and
23  The time within which to file a joint case management conference statement is extended
24  to ten (10) days in advance of the rescheduled case management conference.
25
26
27  Dated: March 7, 2008                          _____
                                                  The Hon. Charles R. Breyer
28

IT IS SO ORDERED
Judge Charles R. Breyer

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT
CONFERENCE (Case No. C 07-06130 CRB)