# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Goos,<br><br>                    Plaintiff(s),<br><br>    v.<br><br>Shell Oil Company,<br><br>                    Defendant(s). | 07-06130 CRB ENE<br><br>**Notice of Appointment of Evaluator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**John L. Beers**
Fisher & Phillips
One Embarcadero Ctr., Ste. 2340
San Francisco, CA 94111
415-490-9000

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
07-06130 CRB ENE                                                    - 1 -

1    Counsel are reminded that the written ENE statements required by the ADR L.R.
2 5-8 shall NOT be filed with the court.

4 Dated: March 20, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

———————————————
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
07-06130 CRB ENE                              - 2 -