LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136367)
RAMONA K. TUMBER (State Bar No. 244008)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:  (415) 357-4600
Facsimile:   (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)


RANDAL M. BARNUM (State Bar No. 111287)
Law Offices of Randal M. Barnum
278 East H Street
Benicia, California 94510
Tel:   (707) 745-3747
Fax:   (707) 745-4580

Attorney for Plaintiff
CAROL A. GOOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US, and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-06130 CRB<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE** |

　　　　Plaintiff Carol A. Goos ("plaintiff") and Equilon Enterprises, LLC ("defendant") (collectively referred to as the "parties") hereby agree and stipulate as follows:

　　　　WHEREAS, the initial Case Management Conference ("CMC") was rescheduled for April 11, 2008;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT CONFERENCE (Case No. C 07-06130 CRB)

1   WHEREAS, the parties filed a joint CMC statement on April 2, 2008;

2   WHEREAS, plaintiff wishes to reschedule the CMC;

3   NOW THEREFORE, the parties stipulate as follows:

4   The CMC is rescheduled to Friday, April 18, 2008, at 8:30 a.m., or the Court's earliest
5   convenience after that date.

7   DATED: April 8, 2008                    LAFAYETTE & KUMAGAI LLP

8                                           /s/ Ramona K. Tumber
                                            RAMONA K. TUMBER
9                                           Attorneys for Defendant
                                            EQUILON ENTERPRISES LLC (DBA SHELL
10                                          OIL PRODUCTS US)

12  DATED: April 8, 2008                    /s/ Randal M. Barnum
                                            RANDAL M. BARNUM
13                                          Attorney for Plaintiff
                                            CAROL A. GOOS

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the case management conference in the captioned matter is rescheduled to Friday, April 18, 2008, at 8:30 a.m.

Dated: _____           _____
                                 The Hon. Charles R. Breyer

2

JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE CASE MANAGEMENT
CONFERENCE (Case No. C 07-06130 CRB)