**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **April 18, 2008**

**C07-06130 CRB**

    **CAROL A GOOS  v.  SHELL OIL CO.**

| Attorneys: | Randall Barnum | Gary Lafayette |
|---|---|---|
| | | Ramona K. Tumber |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                                        **RULING:**

1. Initial Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**


( ) ORDER TO BE PREPARED BY:    Plntf ____    Deft ____    Court ____

( ) Referred to Magistrate Judge For: ____

(X) CASE CONTINUED TO July 25, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____      Trial Date ____      Set for ____ days
                Type of Trial:  ( )Jury    ( )Court

Notes: ____