1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  DIANE KONG (State Bar No. 136367)
   RAMONA K. TUMBER (State Bar No. 244008)
3  100 Spear Street, Suite 600
   San Francisco, California 94105
4  Telephone:    (415) 357-4600
   Facsimile:    (415) 357-4605
5
   Attorneys for Defendant
6  EQUILON ENTERPRISES LLC (DBA SHELL OIL
   PRODUCTS US)
7

8  RANDAL M. BARNUM (State Bar No. 111287)
   Law Offices of Randal M. Barnum
9  278 East H Street
   Benicia, California 94510
10 Tel:    (707) 745-3747
   Fax:    (707) 745-4580
11
   Attorney for Plaintiff
12 CAROL A. GOOS

13

14                     UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

| 17 CAROL A. GOOS, | **Case No. C 07-06130 CRB** |
|---|---|
| 18          Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ADR PROCESS** |
| 19 vs. | |
| 20 SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US, and Does 1-50, inclusive, | |
| 23          Defendants. | |

24

25     Plaintiff Carol A. Goos ("plaintiff") and Equilon Enterprises, LLC ("defendant")

26 (collectively referred to as the "parties") hereby agree and stipulate as follows:

27     WHEREAS, the parties met and conferred regarding ADR and stipulated to Early Neutral

28 Evaluation ("ENE") as their ADR process on February 20, 2008;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ADR
PROCESS (Case No. C 07-06130 CRB)

1  WHEREAS, the Court filed an order referring the case to ENE and appointed John L. Beers as ENE Evaluator on February 22, 2008;

WHEREAS, the deadline for the ENE is 90 days from the date of the order referring the case to an ADR process,

WHEREAS, the parties conferred with Evaluator John L. Beers on April 21, 2008,

WHEREAS, the parties now wish to conduct the ENE session on June 10, 2008;

NOW THEREFORE, the parties stipulate as follows:

The deadline for the ENE session is extended to June 13, 2008.

DATED: May 14, 2008                    LAFAYETTE & KUMAGAI LLP

   /s/ Ramona K. Tumber
RAMONA K. TUMBER
Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

DATED: May 14, 2008                    /s/ Randal M. Barnum
RANDAL M. BARNUM
Attorney for Plaintiff
CAROL A. GOOS

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for the parties to conduct the ADR session is extended to June 13, 2008.

Dated: _____           _____
                                     The Hon. Charles R. Breyer

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ADR PROCESS (Case No. C 07-06130 CRB)