LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
DIANE KONG (State Bar No. 136367)
RAMONA K. TUMBER (State Bar No. 244008)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

RANDAL M. BARNUM (State Bar No. 111287)
Law Offices of Randal M. Barnum
278 East H Street
Benicia, California 94510
Tel:   (707) 745-3747
Fax:   (707) 745-4580

Attorney for Plaintiff
CAROL A. GOOS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>        Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US, and Does 1-50, inclusive,<br><br>        Defendants. | **Case No. C 07-06130 CRB**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ADR PROCESS** |

   Plaintiff Carol A. Goos ("plaintiff") and Equilon Enterprises, LLC ("defendant") (collectively referred to as the "parties") hereby agree and stipulate as follows:

   WHEREAS, the parties met and conferred regarding ADR and stipulated to Early Neutral Evaluation ("ENE") as their ADR process on February 20, 2008;

1

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ADR PROCESS (Case No. C 07-06130 CRB)

WHEREAS, the Court filed an order referring the case to ENE and appointed John L. Beers as ENE Evaluator on February 22, 2008;

WHEREAS, the deadline for the ENE is 90 days from the date of the order referring the case to an ADR process,

WHEREAS, the parties conferred with Evaluator John L. Beers on April 21, 2008,

WHEREAS, the parties now wish to conduct the ENE session on June 10, 2008;

NOW THEREFORE, the parties stipulate as follows:

The deadline for the ENE session is extended to June 13, 2008.

DATED: May 14, 2008        LAFAYETTE & KUMAGAI LLP

 */s/ Ramona K. Tumber*
RAMONA K. TUMBER
Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

DATED: May 14, 2008         */s/ Randal M. Barnum*
RANDAL M. BARNUM
Attorney for Plaintiff
CAROL A. GOOS

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the deadline for the parties to conduct the ADR session is extended to June 13, 2008.

Dated: May 15, 2008

The Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer

2

JOINT STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR THE ADR PROCESS (Case No. C 07-06130 CRB)