**UNITED STATES DISTRICT COURT**

**Northern District of California**

Goos,

          Plaintiff(s),

    v.

Shell Oil Company,

          Defendant(s).

No. C 07-06130 CRB ENE

**Certification of ADR Session**

_**Instructions**: **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**_

1.    I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date)   June 10, 2008  

2.    Did the case settle?    ☐ fully    ☐ partially   ☒ no

3.    If the case did not settle fully, is any follow-up contemplated?

    ☐ another session scheduled for (date) _____

    ☐ phone discussions expected by (date) _____

    ☒ no

**4.    IS THIS ADR PROCESS COMPLETED?    ☒ YES    ☐ NO**

Dated:    June 10, 2008 _____

_____
**Evaluator, John L. Beers**
Fisher & Phillips
One Embarcadero Ctr., Ste. 2340
San Francisco, CA 94111

**Certification of ADR Session**