**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A GOOS, | No. C 07-06130 CRB |
| Plaintiff, | **Clerk's Notice** |
| v. | |
| SHELL OIL CO., | |
| Defendant. / | |

YOU ARE NOTIFIED THAT the Court has rescheduled the case management conference for Monday, July 21, 2008 at 9:00 a.m. before the Honorable Charles R. Breyer. The case management statement shall be filed on or before July 18, 2008.

Please report to Courtroom 8, on the 19th Floor, U.S. District Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: July 7, 2008                                                                 FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Barbara Espinoza
Courtroom Deputy