**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **July 21, 2008**

**C-07-06130 CRB**

**CAROL A GOOS v. SHELL OIL CO.**

| Attorneys: | Randal Bornum | Gary Lafayette |
|---|---|---|
| | | Brian Chun |

Deputy Clerk: **BARBARA ESPINOZA**          Reporter: **Not Reported**

**PROCEEDINGS:**                                                            **RULING:**

1. Further Case Management Conference  -  Held

2. 

3. 

**ORDERED AFTER HEARING:**



( ) ORDER TO BE PREPARED BY:   Plntf ____   Deft ____   Court ____
( ) Referred to Magistrate Judge for: ____

(X) CASE CONTINUED TO October 10, 2008 @ 8:30 a.m. for Further Case Management Conference

Discovery Cut-Off ____                              Expert Discovery Cut-Off ____
Plntf to Name Experts by ____                  Deft to Name Experts by ____
P/T Conference Date ____   Trial Date ____   Set for ____ days
                  Type of Trial:  ( )Jury    ( )Court

Notes: ____