1  RANDAL M. BARNUM, SBN: 111287
   ELIZABETH J. BOCA, SBN: 255719
2  LAW OFFICES OF RANDAL M. BARNUM
   279 East H Street
3  Benicia, CA 94510
   Telephone: (707) 745-3747
4  Facsimile: (707) 745-4580

5  Attorney for Plaintiff,
   Carol A. Goos

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10  CAROL A. GOOS                    Civil Case No. C 07-06130 CRB

11       Plaintiff,                  PLAINTIFF CAROL A. GOOS'
                                     ADMINISTRATIVE MOTION TO CONTINUE
12  vs.                             THE SUMMARY JUDGMENT HEARING
                                     DATE AND [PROPOSED] ORDER
13  SHELL OIL COMPANY, doing
    business as SHELL OIL PRODUCTS   Hearing Date: May 8, 2009, 10:00 a.m.
14  US, and/or also known as SHELL OIL  Dept: 8, Hon. Charles R. Breyer
    PRODUCTS, US, and Does 1-50,     Complaint filed: October 22, 2007
15  inclusive,                       Trial Date: None set

16       Defendants
                                  /
17  _____

18        This is Plaintiff's Administrative Motion to Continue the Summary Judgment

19  Hearings on the parties' cross motions for summary judgment, which is now scheduled for

20  hearing on May 8, 2009. The hearing date on the parties' cross-motions for summary

21  judgment was originally scheduled for April 24, 2009. The court rescheduled the hearing for

22  May 8, 2009 on its own motion. No trial date nor any other court dates have been set.

23        Plaintiff's attorneys are **not** available to attend the hearing on May 8, 2009. Plaintiffs'

24  attorneys are currently engaged in a trial in the case of *Malveaux v Banjoko et al*, San Mateo

25  County Superior Court, Action No. CIV 453238. On May 4, 2009, the case was assigned out

26  to Hon. Barbara Mallach, Dept. 22, for trial to commence on Thursday, May 7, 2009 at 1:30

27  p.m. The *Malveaux* case is scheduled for a five (5) to seven (7) court day jury trial.

28  Accordingly, Plaintiff's attorney will not be available to attend a hearing in this matter on

1 | May 8, 2009 and is scheduled to still be in trial on Friday May 15, 2009.

2 |       In light of Plaintiff's counsels unavailability for the hearing on May 8, 2009 and May

3 | 15, 2009, and the court's unavailability on May 22, June 5 and June 12, 2009, it is requested

4 | that the hearing on the parties' cross-Motions for Summary Judgment be rescheduled for

5 | **June 26, 2009.** Plaintiff's counsel is unavailable on May 29, 2009 as Plaintiff's counsel has

6 | two hearings scheduled in the case *McMahan v Heart 'N Soul*, Fresno County Superior Court

7 | Action No. 08CECL11910, and will be out of state on vacation on June 19, 2009.

8 | Accordingly, the first available Friday that is available for both counsel and the court is June

9 | 26, 2009.

10 |       A hearing date on June 26, 2009 would not require the court to change any other dates

11 | as trial has not been scheduled.

12 |       Plaintiff's counsel contacted Defendant's counsel and Defendant's counsel agreed to

13 | continue the hearing date to June 26, 2009. The parties have signed a Stipulation to continue

14 | the hearing date until June 26, 2009, which is filed herewith. The parties have also agreed

15 | that in the interim no further papers will be filed or served.

16 | Dated: May 6, 2009         Respectfully submitted,

17 |         Law Offices of RANDAL M. BARNUM

18 |

19 |         By:   /s/
    RANDAL M. BARNUM, Attorneys for

20 | ///         Plaintiff, CAROL A. GOOS

21 |             **ORDER**

22 |       Good cause appearing therefor and pursuant to the parties' stipulation, the hearing on

23 | the parties cross-Motions for Summary Judgment will be continued to June 26, 2009 at 10:00

24 | a.m.

25 |     **IT IS SO ORDERED.**

26 | Dated: _____May 7_____, 2009

27 |

28 | ///

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
CHARLES R. B...
Judge Charles R. Breyer