```
 1  RANDAL M. BARNUM, SBN: 111287
    ELIZABETH J. BOCA, SBN: 255719
 2  LAW OFFICES OF RANDAL M. BARNUM
    279 East H Street
 3  Benicia, CA 94510
    Telephone: (707) 745-3747
 4  Facsimile:  (707) 745-4580
    rmblaw@pacbell.net
 5

 6  Attorney for Plaintiff,
    Carol A. Goos
 7

 8

 9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11  CAROL A. GOOS              Civil Case No. C 07-06130 CRB

12        Plaintiff,            STIPULATED REQUEST FOR ORDER
                                CHANGING TIMES FOR HEARING ON
13  vs.                         MOTION FOR SUMMARY JUDGMENT
                                AND MANDATORY SETTLEMENT
14  SHELL OIL COMPANY, doing   CONFERENCE AND [PROPOSED]
    business as SHELL OIL PRODUCTS   ORDER
15  US, and/or also known as SHELL OIL
    PRODUCTS, US, and Does 1-50,  Hearing Date: November 20, 2009, 10:00 a.m.
16  inclusive,                  Dept. 8, Hon. Charles R. Breyer

17        Defendants            Settlement Conference Date: December 3, 2010
                                11:00 a.m., Hon. Joseph C. Spero
18
                                Complaint filed: October 22, 2007
19  _____/ Trial Date: April 5, 2010
```

20      Pursuant to Local Rule 6-2, this is the parties Stipulated Request for Order Changing

21  Time for hearing on Defendant's Motion for Partial Summary Judgment, currently scheduled

22  for November 20, 2009, and to vacate the Mandatory Settlement Conference, currently

23  scheduled for December 3, 2009.

24      Plaintiff's attorney is **not** available to attend the hearing on Defendant's Motion for

25  Partial Summary Judgment on November 20, 2009. Plaintiff's attorney will be engaged in

26  a trial in the case of Bersinger v California Student Aide Commission, Sacramento County

27  Superior Court Action No. 07AS02816. On November 9, 2009 the case was assigned out to

28  Hon. Robert C. Hight, Dept. 44, for trial to commence on Monday November 23, 2009. On

the morning of Friday November 20, 2009 Plaintiff's counsel is required to appear before Judge Hight in Dept. 44 and argue eighteen (18) motions and limine, with jury selection to commence thereafter. Accordingly, Plaintiff's counsel is not available to attend the hearing on the Motion for Summary Judgment, which is currently scheduled to occur that same morning. The first available Friday that is available for both Plaintiff's counsel and Defendant's counsel is Friday December 18, 2009.

Based on the above-referenced trial, Plaintiff's attorney may also **not** be available to attend the Mandatory Settlement Conference, currently scheduled for December 3, 2009 at 11:00 a.m. before Joseph C. Spero. In any event, the parties desire to have the Mandatory Settlement Conference occur at least three weeks after the hearing on Defendant's Motion for Partial Summary Judgment.

There have been no previous time modifications on either Defendant's Motion for Partial Summary Judgment nor the Mandatory Settlement Conference.

Based on the conflict posed by Plaintiff's counsel, the parties hereto, through their respective attorneys of record herein, hereby stipulate as follows:

A.  To have the hearing on Defendant's Motion for Partial Summary Judgment be rescheduled for Friday December 18, 2009, or as soon thereafter as this matter may be heard in Department 8 of the above-entitled court.

B.  To have the court vacate the Mandatory Settlement Conference, currently scheduled for December 3, 2009 at 11:00 a.m. before Joseph C. Spero. The parties will agree on a mutually agreeable date to reschedule the Mandatory Settlement Conference that is at least three (3) weeks after the hearing on Defendant's Motion for Partial Summary Judgment.

C.  The parties also stipulate no additional papers pertaining to Defendant's Motion for Partial Summary Judgment will be served and/or filed.

Pursuant to Local Rule 6-2, a Declaration of Randal M. Barnum in support of this Stipulated Request is attached hereto.

///

| | |
|---|---|
| Dated: November 12, 2009 | Law Offices of Randal M. Barnum |
| | By: */s/ Randal M. Barnum*<br>Randal M. Barnum or Elizabeth J. Boca,<br>Attorneys for Plaintiff Carol A. Goos |
| Dated: November 12, 2009 | Lafayette & Kumagai LLP |
| | By: */s/ Brian H. Chun*<br>Gary T. Lafayette/Brian H. Chun<br>Attorneys for Defendant<br>Equilon Enterprises LLC, doing business<br>as Shell Oil Products US |

ORDER

Good cause appearing therefore and pursuant to the parties' stipulation, the hearing on Defendant's Motion for Summary Judgment will be continued to December 18, 2009 at 10:00 a.m. The Mandatory Settlement Conference, currently scheduled for December 3, 2009 is vacated.

PURSUANT TO STIPULATION IT IS SO ORDERED

Date: _____ November 16 ___, 2009

Charles R. Breyer
United States District

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED /s/ Judge Charles R. Breyer]

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served November 12, 2009, on counsel of record in compliance with Federal, Local Rule 5-6, and General Order 45, by use of the Court's ECF system.

*/s/ Randal M. Barnum*

RANDAL M. BARNUM