LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (State Bar No. 088666)
BRIAN H. CHUN (State Bar No. 215417)
100 Spear Street, Suite 600
San Francisco, California 94105
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendant
EQUILON ENTERPRISES LLC (DBA SHELL OIL PRODUCTS US)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, doing business as SHELL OIL PRODUCTS US, and/or also known as SHELL OIL PRODUCTS US, and Does 1-50, inclusive,<br><br>　　　　Defendants. | Case No. C 07-06130 CRB<br><br>**STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION FOR TRIAL CONTINUANCE; [PROPOSED] ORDER THEREON**<br><br>Courtroom: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer<br><br>Trial Date: April 5, 2010 |

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

## **STIPULATION**

WHEREAS the trial in this matter is scheduled for April 5, 2010;

WHEREAS Defendant Equilon Enterprises LLC ("Defendant") is filing concurrently herewith a motion for trial continuance;

WHEREAS Defendant's motion for trial continuance is currently scheduled to be heard on April 16, 2010, eleven days after the trial is scheduled to commence;

WHEREAS an order shortening time is necessary in order for Defendant's motion for trial continuance to be heard before the trial in this case commences;

IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant:

1. That Defendant's motion for trial continuance be scheduled for hearing on March 19, 2010 at 10:00 a.m.
2. That Plaintiff's opposition be e-filed by Tuesday, March 16, 2010.
3. That Defendant's reply be e-filed by Thursday, March 18, 2010 at 10:00 a.m.

Dated: March 11, 2010	LAFAYETTE & KUMAGAI LLP

	 */s/ Brian H. Chun*
	BRIAN H. CHUN
	Attorneys for Defendant
	EQUILON ENTERPRISES LLC
	(dba SHELL OIL PRODUCTS US)

Dated: March 11, 2010	LAW OFFICES OF RANDAL M. BARNUM

	 */s/ Randal M. Barnum*
	RANDAL M. BARNUM
	ELIZABETH J. BOCA
	Attorneys for Plaintiff
	CAROL A. GOOS

///

///

///

///

STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION FOR TRIAL CONTINUANCE; [PROPOSED] ORDER THEREON
(CASE NO. C 07-06130 CRB)

**ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby ORDERED:

1. That Defendant's motion for trial continuance be scheduled for hearing on March 19, 2010 at 10:00 a.m.;
2. That Plaintiff's opposition be e-filed by Tuesday, March 16, 2010; and
3. That Defendant's reply be e-filed by Thursday, March 18, 2010 at 10:00 a.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: March 16, 2010

CHARLES R. BREYER
United States District Judge



STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION FOR TRIAL CONTINUANCE; [PROPOSED] ORDER THEREON
(CASE NO. C 07-06130 CRB)

2

# CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on March 11, 2010, on counsel of record in compliance with Federal Rule 5, Local Rule 5-6 and General Order 45, by use of the Court's ECF system.

                                                */s/ Brian H. Chun*
                                                BRIAN H. CHUN

Stip Request for OST (Trial Continuance).doc

**LAFAYETTE & KUMAGAI LLP**
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

STIPULATED REQUEST FOR ORDER SHORTENING TIME TO HEAR DEFENDANT'S MOTION FOR TRIAL CONTINUANCE; [PROPOSED] ORDER THEREON (CASE NO. C 07-06130 CRB)

3