1  LAFAYETTE & KUMAGAI LLP
   GARY T. LAFAYETTE (State Bar No. 088666)
2  BRIAN H. CHUN (State Bar No. 215417)
   100 Spear Street, Suite 600
3  San Francisco, California 94105
   Telephone:  (415) 357-4600
4  Facsimile:  (415) 357-4605

5  Attorneys for Defendant
   EQUILON ENTERPRISES LLC (DBA SHELL OIL
6  PRODUCTS US)

7

8                UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11

12 CAROL A. GOOS,                          Case No. C 07-06130 CRB

13          Plaintiff,                     **STIPULATED REQUEST FOR
                                           ORDER EXTENDING TIME TO FILE
14 vs.                                     PRETRIAL DOCUMENTS;
                                           [PROPOSED] ORDER THEREON**
15 SHELL OIL COMPANY, doing business as
   SHELL OIL PRODUCTS US, and/or also      Courtroom:   8, 19th Floor
16 known as SHELL OIL PRODUCTS US, and     Judge:       Hon. Charles R. Breyer
   Does 1-50, inclusive,
17                                         Trial Date:  April 5, 2010
            Defendants.
18

19

20

21

22

23                    **STIPULATION**

24        WHEREAS the trial in this matter is scheduled for April 5, 2010;

25        WHEREAS the final pretrial conference is scheduled for March 30, 2010 at 2:30 p.m.;

26        WHEREAS all pretrial documents are due at noon on Friday, March 26, 2010;

27        WHEREAS the parties have agreed to meet and confer regarding all joint pretrial

28 documents on Thursday, March 25, 2010 at 3:00 p.m., a date and time that works for both

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605

1   parties; and

2        WHEREAS the parties believe that given the number of issues to be discussed between the

3   parties at the meet and confer session at 3:00 p.m. on Thursday, March 25, 2010, the parties will

4   not have sufficient time following this meeting to file all pretrial documents by noon on Friday,

5   March 26, 2010;

6        IT IS HEREBY STIPULATED and agreed by Plaintiff and Defendant that the parties'

7   deadline to file all pretrial documents, with the exception of motions in limine (paired with

8   oppositions), be extended to 9:00 a.m. on Monday, March 29, 2010.

9

10  Dated:  March 24, 2010                    LAFAYETTE & KUMAGAI LLP

11

12                                              /s/ Brian H. Chun
                                              BRIAN H. CHUN
13                                            Attorneys for Defendant
                                              EQUILON ENTERPRISES LLC
14                                            (dba SHELL OIL PRODUCTS US)

15

16  Dated:  March 24, 2010                    LAW OFFICES OF RANDAL M. BARNUM

17                                              /s/ Randal M. Barnum
                                              RANDAL M. BARNUM
18                                            ELIZABETH J. BOCA
                                              Attorneys for Plaintiff
19                                            CAROL A. GOOS

20

21

22

23

24

25

26

27

28

STIPULATED REQUEST FOR ORDER EXTENDING TIME TO FILE PRETRIAL
DOCUMENTS; [PROPOSED] ORDER THEREON
 (CASE NO. C 07-06130 CRB)

## **ORDER**

Good cause appearing therefor and pursuant to the parties' stipulation, it is hereby

ORDERED that the parties' deadline to file all pretrial documents, with the exception of motions

in limine (paired with oppositions), be extended to 9:00 a.m. on Monday, March 29, 2010;.

PURSUANT TO STIPULATION, IT IS SO ORDERED.


DATED: _____March 25___, 2010         _____



CHARLES R. BREYER
United States District J

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
100 SPEAR STREET, SUITE 600
SAN FRANCISCO, CALIFORNIA 94105
(415) 357-4600
FAX (415) 357-4605