RANDAL M. BARNUM, SBN: 111287
ELIZABETH J. BOCA, SBN: 255719
S. STEPHEN TREAGUS, SBN: 263453
LAW OFFICES OF RANDAL M. BARNUM
279 East H Street
Benicia, CA 94510
Telephone: (707) 745-3747
Facsimile: (707) 745-4580

Attorneys for Plaintiff,
Carol A. Goos

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS<br><br>Plaintiff,<br><br>vs.<br><br>SHELL OIL COMPANY, et al<br><br>Defendants<br>_____/ | Civil Case No. C 07-06130 CRB<br><br>~~(PROPOSED)~~ ORDER TO ALLOW PLAINTIFF ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM<br><br>Courtroom: 8, 19th Floor<br>Judge: Hon. Charles R. Breyer<br>Pretrial Conference Date: March 30, 2010, 2:30 p.m.<br>Trial Date: April 5, 2010 |

Pursuant to the application of Plaintiff and good cause appearing therefor, the Plaintiff is granted leave to bring into the Courtroom and to use the following electronic and audio-visual equipment to provide the display of video depositions and graphics, all of which will aid the Court and Jury in reviewing the presentations and evidence submitted at the trial:

1. One Canon Video Visualizer (Commonly referred to as "Elmo");
2. One LCD Projector;
3. Three Laptop computers;
4. Two External Hard Drives;
5. Two Small Tables;
6. Two tri-pods;

7. Two platen tops for tri-pods;

8. A set of portable stereo speakers; and,

9. A large bag with various cables, power cords, power trips and other items for cable safety.

The above listed equipment will be brought into the courtroom and operated by Andrew Lloyd of Litigation Media Group, LLC and its designated agents.

Dated: March 30, 2010



Hon. Charles R. Breyer, United States District Judge

# CERTIFICATE OF SERVICE

I certify that a copy of this document was served electronically on March 30, 2010 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6 and General Order 45, by use of the Court's ECF system.

                         /s/ Randal M. Barnum
                         RANDAL M. BARNUM

*GOOS V. SHELL* - C07-06130; (PROPOSED) ORDER TO ALLOW PLAINTIFF ENTRY INTO AND USE OF ELECTRONIC EQUIPMENT IN THE COURTROOM

-3-