IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A GOOS, | No. C 07-06130 CRB |
| Plaintiff, | **ORDER GRANTING RULE 50(a) MOTION FOR JUDGMENT AS A MATTER OF LAW** |
| v. | |
| SHELL OIL CO., | |
| Defendant. | |

Defendant's Rule 50(a) motion for judgment as a matter of law is hereby GRANTED. An opinion will follow in due course.

**IT IS SO ORDERED.**

Dated: April 7, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

N:\wp{wp}.bk2