IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAROL A. GOOS,<br><br>    Plaintiff,<br><br>  v.<br><br>SHELL OIL CO.,<br><br>    Defendant.<br>_____/ | No. C 07-6130 CRB<br><br>**JUDGMENT** |

    The Court, having granted Defendant's Motion for Summary Judgment in part, and having granted Defendant's Motion for Judgment as a Matter of Law, enters judgment in favor of Defendant against Plaintiff.

**IT IS SO ORDERED.**

Dated: April 15, 2010

                                    CHARLES R. BREYER
                                    UNITED STATES DISTRICT JUDGE